# Balance Sheet
## Samtex Janitorial
### As of January 6, 2026

FILED
JAN 0 6 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| Distribution account | Total |
|---|---:|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| OPERATIONS (8834) - 1 | |
| PAYABLES (8400) - 1 | -26,429.19 |
| RECEIVABLES (8418) - 1 | -23,766.83 |
| **Total for Bank Accounts** | 57,997.42 |
| Accounts Receivable | $7,801.40 |
| Accounts Receivable (A/R) | |
| **Total for Accounts Receivable** | 25,262.06 |
| Other Current Assets | $25,262.06 |
| Inventory | |
| Inventory Asset | 91,725.21 |
| Loans to shareholders | 4,383.81 |
| Payments to deposit | -9,336.00 |
| Payroll Refunds | 170,732.59 |
| Prepaid expenses | -694.70 |
| **Total for Other Current Assets** | 0.00 |
| **Total for Current Assets** | $256,810.91 |
| Fixed Assets | $289,874.37 |
| Automobiles | |
| Equipment | 15,000.00 |
| Long-term office equipment | 7,700.00 |
| Office furniture and equipment | 16,725.21 |
| Tools, machinery, and equipment | 7,150.00 |
| **Total for Fixed Assets** | 91.98 |
| Other Assets | $46,667.19 |
| I/C Receivable VPS | |
| | 59,315.76 |

# Balance Sheet

Samtex Janitorial
As of January 6, 2026

| Distribution account | Total |
|---|---|
| Total for Other Assets | $59,315.76 |
| Total for Assets | $395,857.32 |

# Balance Sheet

Samtex Janitorial
As of January 6, 2026

| Distribution account | |
|---|---|
| **Liabilities and Equity** | Tota |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 311,979.04 |
| **Total for Accounts Payable** | **$311,979.04** |
| Credit Cards | |
| Comerica Credit Card | |
| Comerica Credit Card 2 | 2,216.86 |
| Office Supplies | 0.00 |
| **Total for Credit Cards** | 62.72 |
| Other Current Liabilities | **$2,279.58** |
| Direct Deposit Payable | |
| Due to VPS | 0.00 |
| Payable to Texas Secretary of state | 44,384.07 |
| Payroll Liabilities | 0.00 |
| 0012077047 - Bates | -$60.84 |
| 0013228291 - Ross | 1,187.50 |
| 0013254591 | 2,447.39 |
| CHILD SUPPORT | 1,069.65 |
| Federal Taxes (941/943/944) | -3,840.77 |
| Federal Unemployment (940) | 1,058.12 |
| TX Unemployment Tax | -178.04 |
| **Total for Payroll Liabilities** | -812.20 |
| Payroll wages and tax to pay | **$870.81** |
| Wages to pay | -$9,691.82 |
| **Total for Payroll wages and tax to pay** | -778.42 |
| Texas State Comptroller Payable | -$10,470.24 |
| | 30,071.12 |

# Balance Sheet

Samtex Janitorial
As of January 6, 2026

| Distribution account | Total |
|---|---:|
| VPS Payable | -850.00 |
| **Total for Other Current Liabilities** | $64,005.76 |
| **Total for Current Liabilities** | $378,264.38 |
| Long-term Liabilities | |
| Long-term business loans | -1,701.56 |
| Professional Fees - Sam | 127,440.00 |
| **Total for Long-term Liabilities** | $125,738.44 |
| **Total for Liabilities** | $504,002.82 |

Accrual Basis  Tuesday, January 06, 2026 02:54 PM GMT-06:00

# Balance Sheet

Samtex Janitorial
As of January 6, 2026

| Distribution account | Total |
|---|---|
| **Equity** | |
| Opening balance equity | -91,627.76 |
| Owner Capital- Hope Escamilla | -5,485.95 |
| Shareholders' equity | -$132,223.59 |
| Distributions | -9,960.85 |
| **Total for Shareholders' equity** | -$142,184.44 |
| Torri Birdwell-Owner Draw | -44,963.24 |
| VPS Capital | 123,265.93 |
| Retained Earnings | 50,611.93 |
| Net Income | 2,238.03 |
| **Total for Equity** | -$108,145.50 |
| **Total for Liabilities and Equity** | $395,857.32 |

Accrual Basis  Tuesday, January 06, 2026 02:54 PM GMT-06:00