Fill in this information to identify your case:

Debtor 1 _Terry_ _N._ _Blackwell_
First Name    Middle Name    Last Name

Debtor 2 _Hope Escamilla_
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Northern_ District of _Texas_

Case number _26-40097-11_
(if known)

FILED
JAN 0 8 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  | | Unsecured claim |
|---|---|---|

**1**

Creditor's Name _HKT Mgmt Corp_

Number _1818 E Plano_ Street

_#100_

City _Arlington_ State _TX_ ZIP Code _76010_

Contact _David Dang_

Contact phone _TBA_

What is the nature of the claim? _Lease_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
　Value of security: - $_____
　Unsecured claim: $_____

$_____

**2**

Creditor's Name _RCL_

Number _PO Box 277280_ Street

City _Atlanta_ State _GA_ ZIP Code _30384_

Contact

Contact phone _800-453-3548_

What is the nature of the claim? _Loan_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured): $ _230,000_
　Value of security: - $ _50,000_
　Unsecured claim: $ _180,000_

$ _235,000_

Debtor 1 _____    Case number (if known)_____
         First Name    Middle Name    Last Name

| | Unsecured claim |
|---|---|

**3**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State ____ ZIP Code ____

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    –  $_____
         Unsecured claim         $_____

**4**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State ____ ZIP Code ____

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    –  $_____
         Unsecured claim         $_____

**5**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State ____ ZIP Code ____

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    –  $_____
         Unsecured claim         $_____

**6**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State ____ ZIP Code ____

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    –  $_____
         Unsecured claim         $_____

**7**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State ____ ZIP Code ____

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    –  $_____
         Unsecured claim         $_____

Debtor 1 _____    Case number (*if known*)_____
　　　　First Name　Middle Name　Last Name

|  | | Unsecured claim |
|---|---|---|

**8**

Creditor's Name _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.

Number _____ Street _____

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____

City _____ State _____ ZIP Code

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____

Contact _____

Value of security:    − $_____

Contact phone _____

Unsecured claim    $_____

**9**

Creditor's Name _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.

Number _____ Street _____

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____

City _____ State _____ ZIP Code

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____

Contact _____

Value of security:    − $_____

Contact phone _____

Unsecured claim    $_____

**10**

Creditor's Name _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.

Number _____ Street _____

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____

City _____ State _____ ZIP Code

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____

Contact _____

Value of security:    − $_____

Contact phone _____

Unsecured claim    $_____

**11**

Creditor's Name _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.

Number _____ Street _____

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____

City _____ State _____ ZIP Code

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____

Contact _____

Value of security:    − $_____

Contact phone _____

Unsecured claim    $_____

**12**

Creditor's Name _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.

Number _____ Street _____

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

_____

City _____ State _____ ZIP Code

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____

Contact _____

Value of security:    − $_____

Unsecured claim    $_____

Contact phone _____

Debtor 1 _____    Case number (if known)_____
      First Name    Middle Name    Last Name

**Unsecured claim**

**13**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State ____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____   $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   − $_____
  - Unsecured claim   $_____

**14**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State ____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____   $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   − $_____
  - Unsecured claim   $_____

**15**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State ____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____   $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   − $_____
  - Unsecured claim   $_____

**16**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State ____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____   $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   − $_____
  - Unsecured claim   $_____

**17**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State ____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____   $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   − $_____
  - Unsecured claim   $_____

Debtor 1 _____     Case number (if known)_____
          First Name    Middle Name    Last Name

Unsecured claim

**18**

Creditor's Name _____

What is the nature of the claim? _____     $_____

As of the date you file, the claim is: Check all that apply.

Number       Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

City            State      ZIP Code

Does the creditor have a lien on your property?
☐ No

Contact _____

☐ Yes. Total claim (secured and unsecured):   $_____

Contact phone _____

Value of security:        – $_____

Unsecured claim              $_____

**19**

Creditor's Name _____

What is the nature of the claim? _____     $_____

As of the date you file, the claim is: Check all that apply.

Number       Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

City            State      ZIP Code

Does the creditor have a lien on your property?
☐ No

Contact _____

☐ Yes. Total claim (secured and unsecured):   $_____

Contact phone _____

Value of security:        – $_____

Unsecured claim              $_____

**20**

What is the nature of the claim? _____     $_____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Creditor's Name _____

Number       Street

Does the creditor have a lien on your property?
☐ No

City            State      ZIP Code

☐ Yes. Total claim (secured and unsecured):   $_____

Contact _____

Value of security:        – $_____

Contact phone _____

Unsecured claim              $_____

---

**Part 2:    Sign Below**

---

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _/s/ signature_____          ✗ _____
  Signature of Debtor 1                        Signature of Debtor 2

Date _1-8-26_____                        Date _____
     MM / DD / YYYY                               MM / DD / YYYY