IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



FILED

JAN 2 0 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE: &
&
VALLEY PROPERTY SERVICES-VPS LLC &
dba SAMTEX JANITORIAL &

CASE NO: 26-40097-11
CHAPTER – 11

### EMERGENCY MOTION TO EXTEND JUDGES ORDER REQUIRING DEBTOR TO APPEAR WITH COUNSEL.

Debtor requests that Your Honor grants a 5-business day extension to retain counsel. Debtor's referred to attorney passed away. Debtor has contacted new counsel. Retaining counsel is imminent.

### PRAYER

Debtor prays that your honor grants this relief request. Debtor has full intent and resources to secure the proper counsel to manage this case.

Respectfully Submitted,

VPS LLC
2216 NEW YORK AVE
ARLINGTON, TX 76010
Email: tbirdwell@vps-samtex.com
O : 817-460-6868
C : 469-984-1106

/s/ Torri Birdwell
Torri Birdwell COO VPS LLC – Pro se

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | & | |
| | & | CASE NO: 26-40097-11 |
| VALLEY PROPERTY SERVICES-VPS LLC | & | CHAPTER – 11 |
| dba SAMTEX JANITORIAL | & | |

## ORDER GRANTING EXTENTION RELIEF

This court deems the debtor's request is a reasonable request by the debtor. The debtor understands there will be no more extensions for this type of request. The debtor understands that if the debtor doesn't adhere to this court's order, that this case will automatically be dismissed without prejudice.

Signed January 20, 2026

_____
United States Bankruptcy Judge